IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:10CV130-RLV-DSC

| | |
|---|---|
| THOMASVILLE FURNITURE INDUSTRIES, INC., <br>     Plaintiff, <br><br> v. <br><br> BRUCE THOMAS d/b/a THOMASVILLE DESIGNS, <br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission ro Practice Pro Hac Vice [for Charlene R. Marino]" (document #5). For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: September 20, 2010

David S. Cayer
United States Magistrate Judge