# United States District Court
# For The Western District of North Carolina
# Statesville Division

| | |
|---|---|
| THOMASVILLE FURNITURE INDUSTRIES, INC., | |
| Plaintiff(s), | JUDGMENT IN A CIVIL CASE |
| vs. | 5:10CV130 |
| BRUCE THOMAS, d/b/a Thomasville Designs, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2011 Memorandum and Order.

Signed: August 2, 2011

_Frank G. John_
Frank G. Johns, Clerk
United States District Court